**734**

■

236 So.2d 718

**Dee CUNNINGHAM**

v.

**Felix LOWERY, and Nathan Lowery.**

**Ex parte Dee CUNNINGHAM.**

**6 Div. 792.**

Supreme Court of Alabama.

June 11, 1970.

George S. Wright, Tuscaloosa, for petitioner.

Robert V. Wooldridge, Jr., Tuscaloosa, opposed.

BLOODWORTH, Justice.

Petition of Dee Cunningham for certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Cunningham v. Lowery, 45 Ala.App. 700, 236 So.2d 709.

' Writ denied.

All the Justices concur except HARWOOD and MADDOX, JJ., not sitting.

■

244 So.2d 812

**In re Bobby James DURR**

v.

**STATE.**

**Ex parte Bobby James DURR.**

**5 Div. 912.**

Supreme Court of Alabama.

Feb. 4, 1971.

Rehearing Denied March 4, 1971.

Carl E. Maye, Opelika, for petitioner.

William J. Baxley, Atty. Gen., for the State.

BLOODWORTH, Justice.

Petition of Bobby James Durr for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Durr v. State, 46 Ala.App. 532, 244 So.2d 811.

Writ denied.

HEFLIN, C. J., and SIMPSON, COLEMAN and McCALL, JJ., concur.